FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Jaime Manuel Perez
aka James Perez

**BANKRUPTCY NO.** 8:10–bk–15042–TA

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–0873
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 8/12/10

**Address:**
2226 S. Oak
Santa Ana, CA 92707

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: August 12, 2010

BY THE COURT,
**Theodor Albert**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09                                                                                              **14 / NGO**